CHARLES G. VOKE, Respondent, v. RAYMOND E. ARCHER, Appellant.— Judgment affirmed, with costs. All concur. (The judgment dismisses two counterclaims on a separate trial of equitable issues in an action to recover purchase price of plaintiff's share in an automobile business.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

CHARLES G. VOKE, Respondent, v. RAYMOND E. ARCHER, Appellant.—Judgment affirmed, with costs, on the authority of *Mitchill* v. *Lath* (247 N. Y. 377); *Love* v. *Hamel* (59 App. Div. 360), and *Costello* v. *Eddy* (12 N. Y. Supp. 236; affd., 128 N. Y. 650). All concur except Thompson, J., who dissents and votes for reversal on the law. (The judgment awards damages to plaintiff in an action to recover purchase price of plaintiff's share in an automobile business.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

LEONARD TILNEY, Appellant, v. JOSEPH A. GERNER, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order vacates a judgment against defendant entered on default in an action to recover for wages.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of the GRADE CROSSING AND TERMINAL STATION COMMISSION OF THE CITY OF BUFFALO for the Appointment of Commissioners to Apportion the Respective Amount of Expense to be Borne and Paid by the City of Buffalo and the Delaware, Lackawanna and Western Railroad Company of the Cost of the Elimination of Clinton Street-D., L. & W. R. R. Grade Crossing, Proceeding No. 137.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies motion of city of Buffalo to dismiss the proceeding and appoints commissioners to ascertain and report damages in a grade crossing elimination proceeding.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

RONALD TWILLIGER, Respondent, v. THE STATE OF NEW YORK, Appellant.— (Claim No. 23825.) Judgment affirmed, with costs. All concur. (The judgment awards claimant damages for loss of services and care of son who was shot through the body by a member of a cavalry troop while changing targets on a range.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

GLENN TWILLIGER, an Infant Over Fourteen Years of Age, by RONALD TWILLIGER, His Guardian ad Litem, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 23826.)—Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

GOOD HEALTH DAIRY PRODUCTS CORPORATION OF ROCHESTER, NEW YORK, Respondent, v. MARY C. EMERY and WILLIAM EMERY, Appellants.— Order so far as it relates to defendant Mary C. Emery affirmed, with ten dollars costs and disbursements. (See *Haverkill* v. *International Railway Co.*, 217 App. Div. 521; affd., 244 N. Y. 582, and *Syczyk* v. *Szczerbaniewicz*, 233 App. Div. 342.) Appeal by defendant William C. Emery dismissed, without costs, upon stipulation in open court. All concur. (The orders deny motions of defendant Mary C. Emery for leave to serve an amended answer in an action to recover damages to truck struck by an automobile.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

EDWARD VANDEVILLE, Respondent, v. MARY C. EMERY and WILLIAM EMERY, Appellants.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.